In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00107-CR
_____

FREDRICK DEWAYNE ROBINSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 221st District Court
Montgomery County, Texas
Trial Cause No. 13-10-10975 CR

## MEMORANDUM OPINION

The trial court sentenced Fredrick Dewayne Robinson on September 11, 2014. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). Robinson filed a notice of appeal on December 22, 2014. We notified the parties that Robinson filed his notice of appeal too late to perfect an appeal. *See* Tex. R. App. P. 25.2(b). Robinson failed to establish that his notice of appeal was

timely filed or that the Texas Court of Criminal Appeals granted an out-of-time appeal as habeas relief. *See generally* Tex. R. App. P. 73.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Rule 26.3 of the Texas Rules of Appellate Procedure. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on April 21, 2015
Opinion Delivered April 22, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.